AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN               DISTRICT OF               CALIFORNIA

**APPEARANCE**

Case Number: 08mj1778

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

PEDRO PROANO-AGUIRRE

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/11/2008 | /s/ John C. Ellis, Jr. |
| Date | Signature |
| | John C. Ellis, Jr. / Federal Defenders of SD    228083 |
| | Print Name    Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City    State    Zip Code |
| | (619) 234-8467    (619) 687-2666 |
| | Phone Number    Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 08mj1778 |
| ) | |
| v. ) | |
| ) | |
| PEDRO PROANO-AGUIRRE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

    United States Attorney's Office
    880 Front Street
    San Diego, CA  92101


Dated:  June 11, 2008
        */s/ John C. Ellis, Jr.*
        JOHN C. ELLIS, JR.
        Federal Defenders
        225 Broadway, Suite 900
        San Diego, CA 92101-5030
        (619) 234-8467  (tel)
        (619) 687-2666  (fax)
        john_ellis@fd.org