# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER  08CR 2217-H |
| vs ) | ABSTRACT OF ORDER |
| Pedro Proano-Aguirre (1) ) | Booking No. 38123060 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of ___8/19/08___

the Court entered the following order:

___X___ Defendant be released from custody. AS TO THIS CASE ONLY.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

___X___ Other. A PROCEEDING UNDER CASE 08CR 2708-H

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by
_____ Deputy Clerk

Received  MERINO USMS
          DUSM

Crim-9   (Rev 6-95)         ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY                M. BEHNING